FILED
2014 Jun-06 PM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2014 JUN -5 PM [illegible]
U.S. DISTRICT COURT
N.D. OF ALABAMA

ROBERT THOMAS JENKINS; PLAINTIFF, PRO SE (ORIGINAL)

V.                                   CIVIL ACTION NO.

PETER LODEWICK, MEDICAL DOCTOR, et., al. - DEFENDANT(S)

CV-14-S-1060-E

## MEDICAL MALPRACTICE / ENDORSING NARCOTIC PRESCRIPTIONS TO UNQUALIFIED PERSONS FOR "BRIBES" OR "PAY-OFFS"

### STATEMENT OF THE FACTS

PLAINTIFF IS A PRO SE LITIGANT, AND IS NOT PRACTICED IN LAW, THEREFORE PLAINTIFF ASKS THIS HONORABLE COURT TO "LIBERALLY CONSTRUE" THESE PLEADINGS IN "LIGHT MOST FAVORABLE" TO THE PLAINTIFF;

ON OR ABOUT NOVEMBER, 2011, PLAINTIFF LEARNED THAT "DRU LAWLER", OF THE LINCOLN, AL. MANUFACTURING COMPANY, LAWLERS; SOLD PRESCRIPTION NARCOTICS, INCLUDING ROXYCODONE, NORCOS, AND XANAX. AFTER BEING ACQUAINTED WITH DEFENDANT LAWLER FOR SEVERAL MONTHS, LAWLER TOLD THE PLAINTIFF THAT HE, (LAWLER), HAD A DOCTOR IN BIRMINGHAM, AL., THAT, "WOULD WRITE PRESCRIPTIONS FOR NARCOTICS, AS A FAVOR FOR HIM. (LAWLER)

SEVERAL MONTHS LATER, ON OR ABOUT JANUARY, 2012, DEFENDANT LAWLER, (CONT'D. PG. 2),

ASKED THE PLAINTIFF, IF "HE NEEDED SOME EXTRA CASH"? THE PLAINTIFF HAS HEPATITIS-C, AND WAS EXPERIENCING PAIN FROM HIS LIVER AREA AT THE TIME, AND STATED, "YES."

SEVERAL DAYS LATER, PLAINTIFF RECEIVED A CALL FROM DEF. LAWLER, ASKING PLAINTIFF TO MEET HIM, (LAWLER), IN LINCOLN, AL. AND RIDE TO BIRMINGHAM, AL. WITH LAWLER.

IT WAS APPROXIMATELY 7:00 P.M. AND PLAINTIFF & DEF. LAWLER ARRIVED AT THE BROOKWOOD HOSPITAL AREA, AND MET A 60-ISH LOOKING CLEAN CUT, TALL INDIVIDUAL, AT THE RUBY TUESDAYS RESTAURANT. DEF. LAWLER INTRODUCED THIS 3RD PERSON, AS "DR. L", "SHORT FOR DR. LODEWICK," DEF. LAWLER EXPLAINED.

THE THREE OF US ATE DINNER, THEN PAID AND LEFT THE RESTAURANT AND MET IN THE PARKING LOT. DEF. LAWLER & THE PLAINTIFF WERE RIDING IN LAWLERS' LATE MODEL KIA SONOMA, AND DR. LODEWICK PULLED HIS VEHICLE, AN OLDER CROWN VICTORIA TYPE VEHICLE, WHITE IN COLOR, BESIDE DEF. LAWLERS' VEHICLE. (CONT'D. PG. 3)

DEF. LAWLER LEFT PLAINTIFF, AND GOT INTO THE CAR WITH DR. LODEWICK. A FEW MINUTES LATER, DEF. LAWLER RETURNED TO THE KIA WHERE PLAINTIFF WAS WAITING AND ASKED PLAINTIFF FOR HIS (PLAINTIFFS'), DRIVERS LICENSE..

PLAINTIFF GAVE DEF. LAWLER HIS ALABAMA DRIVERS LICENSE, AND DEF. LAWLER WENT BACK TO DR. LODEWICKS' VEHICLE.

APPROXIMATELY 5 MINUTES LATER, DEF. LAWLER RETURNED TO THE KIA, WHERE THE PLAINTIFF WAS WAITING, LAUGHING AND WAVING A SMALL PIECE OF PAPER AROUND, AND SAID "ROXIES, NORCOS + XANAX' BRO!!"

PLAINTIFF + DEF. LAWLER THEN PROCEEDED TO A WALGREENS PHARMACY, I BELIEVE IN PELHAM, AL., AND FILLED THE PRESCRIPTION RECEIVED FROM DR. LODEWICK BEFORE LEAVING THE RESTAURANT.

DEF. LAWLER SEEMED TO BE VERY FAMILIAR WITH THE PHARMACIST, AND IN ABOUT 15 MINUTES THE PLAINTIFF + DEFENDANT WERE BACK IN THE CAR + HEADING BACK TO LINCOLN, AL. WITH 135-30 MG. ROXYCODONE, 75-10 MG NORCOS, AND 60-2 MG XANAX BARS... (CONT'D PG.4)

DEF. LAWLER TOOK THESE BOTTLES & EMPTIED OVER HALF OF EACH IN BOTTLES HE HAD IN HIS VEHICLE.

PLAINTIFFS' RELATIONSHIP WITH DR. LODEWICK CONTINUED WITH REGULAR MONTHLY VISITS TO DR. LODEWICKS' PRIVATE OFFICE ON MONTEVALLO RD., FOR SOME 1 YEAR. EACH TIME DEF. LAWLER ACCOSTED THE PLAINTIFF ASKING FOR A PERCENTAGE OF THESE PRESCRIPTIONS, MAINLY THE 30 MG. ROXYCODONES.

AT NO TIME WAS THE PLAINTIFF EVER EXAMINED BY DR. LODEWICK, AND ON 3 OR 4 OCCASIONS, PLAINTIFF TOOK CASH MONEY, USUALLY GIVEN TO PLAINTIFF BY DEF. LAWLER, TO BROOKWOOD HOSPITAL, WHERE DR. LODEWICK WOULD COME DOWN & MEET PLAINTIFF IN THE LOBBY OR COFFEE SHOP, AND DR. LODEWICK WOULD SIMPLY WRITE OUT PLAINTIFFS' PRESCRIPTION WHILE CHATTING.?

## DAMAGES REQUESTED

PLAINTIFF HEREBY CONTENDS THAT HIS INJURIES BY THESE TWO DEFENDANT(S), DEF. LAWLER, "THE MOLE", OR "CONTACT" FOR THIS DRUG TRAFFICKING SCHEME, AND DR. LODEWICK, "THE ENABLER," WRITING MASSIVE AMOUNTS OF SCHEDULE I NARCOTICS FOR MONEY!!
THE PLAINTIFF BECAME SEVERELY ILL AND PHYSICALLY DEPENDANT ON THESE DRUGS. (CONT'D. PG. 5)

## DAMAGES SOUGHT

PLAINTIFF HEREBY REQUESTS $1 MILLION DOLLARS, FROM EACH OF THESE DEFENDANTS, AND A LIEN FOR THESE AMOUNTS BE PLACED AGAINST THESE DEFENDANT(S) UNTIL WHICH TIME THIS HONORABLE COURT HANDS DOWN A VERDICT IN THIS MATTER.

ALSO, PLEASE NOTE THAT DEFENDANT DRU LAWLER, OWNS A PERCENTAGE OF THE LAWLER MANUFACTURING COMPANY, IN LINCOLN, AL. HIS FATHER, "LACY LAWLER" FOUNDED THIS COMPANY, AND IS RUMORED TO ALSO HAVE OTHER PROPERTIES & EXPENSIVE RACE HORSES IN DIFFERENT AREAS, HOWEVER "LACY LAWLER" PASSED AWAY A YEAR OR SO AGO. THEREBY, PLAINTIFF REQUESTS THAT THE LAWLER ESTATE, HAVE A LIEN PLACED AGAINST IT AS WELL, AS THE PLAINTIFF KNOWS THAT DEF. LAWLERS' BROTHER "DALE LAWLER", WHO OVERSEES THE FACTORY IS ALSO SUPPLIED WITH PAIN KILLERS BY DEF. LAWLER... AND ALSO "DRU LAWLER" IS HEIR TO THESE PROPERTIES AS WELL.

PLAINTIFF REQUESTS A THOROUGH INVESTIGATION INTO TO THE ALLEGATIONS AND CHARGES HEREIN. A SEARCH OF D.E.A. RECORDS WILL REVEAL THESE PRESCRIPTIONS WERE FILLED, AND WRITTEN, (CONT'D PG. 6)

TO THE PLAINTIFF, ROBERT THOMAS JENKINS, BY DR. PETER LODEWICK, DEFENDANT, AFTER DEF. LODEWICK TOOK ILLEGAL PAY-OFFS FROM DEF. LAWLER!! (SEE MARTINS PHARMACY RECORDS, OXFORD & ANNISTON, AL.)

## PLAINTIFFS' GOOD-FAITH ATTEMPTS

SINCE MARCH, 2014, THE PLAINTIFF HAS SPOKEN TO SEVERAL LAW ENFORCEMENT ENTITIES, ATTEMPTING TO REPORT THE ENCLOSED ACT(S), TO NO AVAIL.

Robert T. Jenkins

## PERJURY DISCLOSURE

I, ROBERT THOMAS JENKINS, PLAINTIFF HEREIN, HEREBY SWEARS UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Robert T. Jenkins

## FORMA PAUPERIS

PLAINTIFF IS INDIGENT, AND HAS NO MONEY OR PROPERTY WITH WHICH TO PAY FOR COPIES, SERVICE, POSTAGE, OR ANY COURT COSTS, AT THIS TIME, AND ASKS THAT THESE COST BE ACCRUED TO THESE DEFENDANT(S).

PLAINTIFF, ALSO HAS ADDITIONAL NAMES OF "UNQUALIFIED" Robert T. Jenkins PATIENTS" RECEIVING EXCESSIVE DOSES OF PAIN KILLERS, BY AND THRU THESE SAME INDIVIDUAL(S). IT HAS BEEN RELAYED TO ME, THAT ANOTHER "CLINIC" HAS BEEN "UNVEILED" BELONGING TO THESE INDIVIDUAL(S) & POSSIBLY THE "LAWLER ESTATE"..? SINCERELY & RESPECTFULLY,

PLAINTIFF: Robert T. Jenkins